## CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)

**Debtor:** Marcia Lynn Davis          SSN: xxx-xx-7248

**Address**:  4887 Peace Street
              Memphis, TN 38109

**Plan Payment:** $200.00 biweekly

**Payroll Deduction:**  Horseshoe Casino/Caesar's Entertainment
                        ATTN: Payroll Department
                        One Harrah's Court
                        Las Vegas, NV 89119

**Administrative:** Pay filing fee, Trustee fee, and Debtor's attorney fee, pursuant to the Court Order.

**MONTHLY PLAN PMT.**

**Auto Insurance:** [ ] Isn't included  [ ] Is included.
**Child Support:** being deducted from paycheck

**Priority Creditors:** To be paid 100%.

**Class I Unsecured:** To be paid 100%.

Tim Pomp                $ 2,000.00                              $ 50.00

**Home Mortgage**:

| Secured Creditors: | Value Collateral | Rate of Interest | Monthly Plan Pmt. |
|---|---|---|---|
| Genesis Financial | $10,550.74 | 5.25% | $ 200.00 |

**Unsecured creditors:** Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General unsecured creditors will receive (to be determined) of all unsecured claims after above claims are paid.

**Termination:** Plan shall terminate upon payment of the above, approximately **60** months.

ADEQUATE PROTECTION PAYMENTS WILL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENTS

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN

DEBTOR ASSUMES THE LEASE FOR 2007 SATURN WITH COVINGTON PIKE ACCEPTANCE